No. 78–5458. WAYLAND v. TOWN OF TOPSFIELD. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–5507. HARTO v. COLORADO. Appeal from Sup. Ct. Colo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–467. ENNTEX OIL & GAS CO. (OF NEVADA) ET AL. v. TEXAS. Appeal from Ct. Civ. App. Tex., 6th Sup. Jud. Dist., dismissed for want of substantial federal question.

No. 78–5329. HENRY v. COLORADO. Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question. MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. A–364. SCHAFER ET AL. v. TRUSTEES OF PROPERTY OF PENN CENTRAL Co. C. A. 3d Cir. Application for stay, addressed to THE CHIEF JUSTICE, and referred to the Court, denied.

No. 76–419. VERMONT YANKEE NUCLEAR POWER CORP. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 76–528. CONSUMERS POWER CO. v. AESCHLIMAN ET AL., 435 U. S. 519. Motions of respondents for elimination or reduction of taxed costs denied. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL took no part in the consideration or decision of these motions.